GLENN D. POMERANTZ (State Bar No. 112503)
glenn.pomerantz@mto.com
ROSE LEDA EHLER (State Bar No. 296523)
rose.ehler@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
carolyn.luedtke@mto.com
STEPHANIE GOLDFARB HERRERA (State Bar No. 313887)
stephanie.herrera@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES, INC., BUENA VISTA HOME ENTERTAINMENT, INC., LUCASFILM LTD. LLC, and MVL FILM FINANCE LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>REDBOX AUTOMATED RETAIL, LLC,<br><br>Defendant. | Case No. 2:17-cv-08655 - DDP (AGRx)<br><br>**DECLARATION OF JANICE MARINELLI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Dean D. Pregerson<br><br>Date:   January 22, 2018<br>Time:   10:00 a.m.<br>Ctrm:   9C |

I, Janice Marinelli, declare as follows:

1. I am the President of Disney/ABC Home Entertainment and Television Distribution, a d/b/a of Plaintiff Buena Vista Home Entertainment, Inc. ("BVHE"). The facts stated herein are based on my personal knowledge or information provided to me in my capacity as President of Disney/ABC Home Entertainment and Television. If called as a witness, I could and would testify competently to the contents of this declaration.

2. I am submitting this declaration in support of Plaintiffs' motion to preliminarily enjoin Defendant Redbox Automated Retail, LLC ("Redbox") from selling Plaintiffs' digital movie codes ("Codes"). Except as otherwise noted, I refer to Plaintiffs collectively as "Disney."

3. I have been employed by Plaintiff BVHE or an affiliate for approximately 32 years and have worked in my current role for nearly 20 years, although my portfolio of responsibilities has expanded over time. I am responsible for the distribution in the United States and Canada of motion pictures across all platforms other than theatrical release, as well as the distribution of television programs, including distribution through licensed online services such as Hulu, iTunes, Netflix, and Amazon.

4. Redbox recently began buying Blu-ray/DVD/Digital HD combination packages ("Combo Packs") containing Disney motion pictures, disassembling the Combo Packs, and selling the paper inserts on which the Codes are printed in Redbox-branded containers. The Codes are not for sale or transfer and Redbox violates that prohibition when it sells the Codes. To the best of my knowledge, Redbox does not sell the digital movie codes of any other studio.

5. I believe that Redbox's unauthorized sale of Disney's Codes, if permitted to continue even for a short period, threatens immediate and irreparable harm to Disney's business and that of its authorized licensees.

-1-

6. Redbox's sale of Codes harms Disney's relationships, goodwill, and ability to negotiate with authorized licensees; threatens economic harm to Disney and those licensees that is hard to quantify; is likely to cause consumer confusion; threatens a loss of Disney's ability to control distribution of its content; and threatens to damage Disney's brand.

## DISNEY'S DIGITAL BUSINESS AND DISNEY'S CODES

7. Disney strives to meet and exceed consumer expectations by making its movies available to the public in ways that accommodate existing and emerging options for enjoying that content. Disney authorizes the dissemination of its content in multiple formats and through a variety of distribution channels, including (1) exhibiting movies in theaters; (2) distributing copies on DVDs and Blu-ray discs; (3) authorizing digital downloads through services like iTunes, Amazon, or VUDU; (4) authorizing on-demand streaming for short-term viewing on a per-transaction fee basis (e.g., through iTunes or Google Play); and (5) authorizing subscription video on-demand streaming (e.g., through Netflix or Hulu). In recent years, digital distribution has become an increasingly important part of Disney's content-distribution business.

8. Disney distributes Combo Packs, which bundle together three separate consumer offerings: (1) a Blu-ray disc, (2) a DVD, and (3) a Code that the Combo Pack purchaser may use to obtain online access to the underlying motion picture. Combo Packs and other bundled product offerings maximize customer flexibility and convenience. With one purchase, a customer can experience a Disney movie on Blu-ray in the living room; on DVD in the mini-van; and via digital download on other devices everywhere in between. Disney also offers the Codes as part of the Combo Packs as a means of introducing consumers who typically utilize physical playback media such as DVDs or Blu-ray discs to Disney's digital offerings.

9. For their part, consumers get a better value by purchasing Combo Packs. Disney sells Combo Packs to retailers at a wholesale price lower than the total of the wholesale price of each of the Combo Pack components separately. Retailers often pass this discount on to consumers. As a result, consumers who purchase Combo Packs will generally pay less for the Combo Pack than they would pay to buy separately a Blu-ray disc and a DVD of the same movie. When the typical cost of obtaining a digital download through an authorized service is factored in, the effective discount enjoyed by Combo Pack purchasers is even greater. This discount provides an incentive for consumers to purchase Combo Packs rather than a single Blu-ray disc or DVD. In exchange for upgrading to the bundled product, consumers enjoy a better overall value as well as a premium digital entertainment experience.

10. Disney does not sell Codes separately and makes clear to Combo Pack purchasers that they may not resell the Code included in the Combo Pack. Disney prints the statement "Codes are not for sale or transfer" on the outside of the Combo Pack packaging, and again on the interior insert on which the Codes are printed. A true and correct copy of the relevant packaging of a representative Combo Pack (*Beauty and the Beast* (2017)) is attached as Exhibit A. A true and correct copy of a representative insert is attached as Exhibit B.

**REDBOX'S SALE OF CODES IS CAUSING IMMEDIATE AND IRREPARABLE HARM TO DISNEY'S RELATIONSHIPS, GOODWILL, AND ABILITY TO NEGOTIATE WITH ITS LICENSEES**

11. Redbox's sale of Codes is irreparably harming Disney's relationships and goodwill with its licensees. Redbox is unfairly undercutting Disney's licensees by charging substantially less for Codes than the price that licensees charge for digital downloads. Redbox is able to do this because it buys the discounted Combo Packs and then sells each constituent part separately. Redbox thereby obtains the benefit of the bundled price, but ignores the prohibition on selling the Code separately.

12. Redbox's undercutting of licensee prices in this manner negatively impacts Disney's licensees in at least two ways. First, a consumer who buys a movie Code through Redbox may forego buying a digital download of that movie through a Disney licensee, negatively impacting their sales and revenue. Second, if a licensee loses customers to Redbox, it loses the opportunity to grow the relationship with that customer, which could impact the customer's choice of entertainment provider for future transactions.

13. Licensees expect Disney to enforce and protect its rights so they can compete in a fair marketplace. Indeed, licensees have started to contact us with complaints about Redbox's unauthorized sale of Disney's Codes.

14. Because Redbox is not selling digital codes for movies of other studios, it puts Disney on an uneven playing field with its licensees vis-à-vis Disney's competitors. The result is an immediate and irreparable harm to Disney's goodwill with licensees. It also negatively impacts Disney's negotiating position with its licensees for future license agreements. If licensees are being undercut by Redbox, that will make it more difficult for Disney to negotiate licenses with them going forward.

**REDBOX'S SALE OF CODES IS CAUSING IMMEDIATE AND IRREPARABLE ECONOMIC HARM THAT CANNOT BE EASILY QUANTIFIED OR REMEDIED THROUGH DAMAGES**

15. The harm Redbox causes to Disney's relationships with its licensees also has irreparable economic consequences for Disney's business. The obvious consequence of Redbox's undercutting of licensee prices is that licensees will likely sell fewer digital downloads of Disney movies and Disney will earn less revenue, although the exact amount cannot be easily quantified. An additional consequence is the impact to Disney's overall sales through its licensees. Licensees make choices about whether and how to promote content, such as where to place a particular title on the service's homepage or which movies to include on lists of recommended titles. This promotion can be a significant factor in driving sales. Because Redbox

-4-

is unfairly undercutting the prices licensees charge for Disney's movies—and only Disney's movies—licensees could be incentivized to promote other studios' movies over Disney's movies. In my experience, such actions by licensees can significantly undermine the revenue Disney earns from digital downloads, although it is difficult to quantify the negative impact.

16. In addition, Redbox will likely cause Disney to lose sales of Combo Packs if a consumer can buy a DVD or Blu-ray disc at retail and a Code from Redbox for less than a Combo Pack. Quantifying those lost sales and the lost revenue from a consumer purchasing an individual DVD or Blu-ray disc rather than a Combo Pack would be very difficult.

## REDBOX'S SALE OF CODES IS CAUSING IMMEDIATE AND IRREPARABLE HARM TO DISNEY'S RELATIONSHIPS WITH ITS CUSTOMERS

17. Redbox's sale of Codes also irreparably harms Disney's relationships with consumers. To my knowledge, Redbox does not disclose to consumers that the Codes were originally sold as part of Combo Packs or that the Codes are subject to terms and conditions, including a prohibition against their being sold separately from the Combo Pack and an expiration date. Redbox thus confuses consumers about the scope of their rights to legally access copies of Disney's copyrighted content. That confusion harms Disney's goodwill with consumers, who are likely to complain to Disney when they realize that the Codes are subject to restrictions or may have expired.

18. Redbox's sale of Disney's Codes also confuses consumers about what is and is not legal when accessing a digital download. Although Redbox does not have authorization to sell Codes, it holds itself out as offering a legitimate way for a consumer to obtain a digital download of a Disney movie. Consumers are likely to start believing that redeeming Codes purchased from Redbox is authorized. If Redbox is not enjoined, consumer perceptions of how Disney's digital content can be accessed legally could be permanently changed.

19. Further, Redbox, which sells those Codes without a license and in violation of the terms and conditions on the Combo Pack, makes downloads available at below market prices. By contrast, licensed services pay Disney for the right to sell digital downloads of Disney's movies. If consumers come to expect that they can buy unauthorized digital downloads for below market prices, this could have a permanent and irreparable negative impact on consumers' expectations and relationships with both Disney and its authorized licensees. Consumers will come to believe that below market pricing for a digital copy of a movie from an unauthorized service is legitimate, adversely affecting consumers' perception of authorized services.

20. Finally, if Redbox continues to undermine Disney's digital distribution business through unauthorized sales of the Codes, Disney may have to modify its consumer offerings or even stop offering Codes as part of a bundled offering altogether. That takes away choice and convenience, which harms consumers.

**REDBOX'S SALE OF CODES IS CAUSING IMMEDIATE AND IRREPARABLE HARM TO DISNEY'S ABILITY TO CONTROL HOW IT DISTRIBUTES ITS CONTENT**

21. As the copyright owner, Disney has the right to determine how (under what conditions), when (on what date and for what duration), what (which titles) and for how much (at what wholesale price) it will authorize others to exercise Disney's rights to copy, distribute, and publicly perform its content. The control that comes from copyright ownership is a cornerstone of Disney's digital distribution strategy.

22. To date, Disney has elected not to sell Codes as a freestanding commercial product that consumers are able to use, consistent with the terms of service of a site that enables redemption, to access digital copies of its movies. Instead, Disney has chosen to package Codes with physical copies of the movie, either with a Blu-ray disc, with a Blu-ray disc and DVD, or now with a Blu-ray disc and 4K disc. By granting itself the unilateral right to sell Codes as stand-alone

items, Redbox deprives Disney of its exclusive right to control the dissemination of its copyrighted content.

**REDBOX'S SALE OF CODES CAUSES IMMEDIATE AND IRREPARABLE HARM TO DISNEY'S BRAND**

23. Disney has positioned itself as a premium brand offering the best experience and highest-quality content to consumers. Redbox's sale of Codes at prices well below the prices charged by licensed services for other studios' content threatens irreparable harm to Disney's brand. The low price may lead consumers to believe that Disney's online content is somehow inferior to that of other studios.

24. In addition, when Redbox repackages the Codes and places them into Redbox-branded containers, it removes the Disney-branded packaging that is included with the Combo Packs. By removing the original packaging, which can include promotional material that is a touchpoint with consumers and part of the consumer experience, Redbox undermines Disney's ability to connect with customers and its ability to promote other Disney consumer offerings.

25. While one cannot accurately measure the economic harm to Disney that would result from Redbox's continued sale of Codes, that harm – to Disney's relationships with its licensees, to Disney's business, to Disney's relationships with consumers, to Disney's ability to control the distribution of its content, and to Disney's brand – would be significant, irreparable, and continuing.

//

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on December 19, 2017, at Burbank, California.

*[signature]*

JANICE MARINELLI