GLENN D. POMERANTZ (State Bar No. 112503)
glenn.pomerantz@mto.com
ROSE LEDA EHLER (State Bar No. 296523)
rose.ehler@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
carolyn.luedtke@mto.com
STEPHANIE GOLDFARB HERRERA (State Bar No. 313887)
stephanie.herrera@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES, INC., et al, <br><br> Plaintiffs, <br><br> vs. <br><br> REDBOX AUTOMATED RETAIL, LLC, <br><br> Defendant. | Case No. 2:17-cv-08655-DDP (AGRx) <br><br> **DECLARATION OF KELLY M. KLAUS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Judge: Hon. Dean D. Pregerson <br><br> Date:  January 22, 2018 <br> Time:  10:00 a.m. <br> Ctrm:  9C <br><br> Trial Date:     None Set |

I, Kelly M. Klaus, hereby declare:

1. I am a partner in the law firm of Munger, Tolles & Olson LLP, counsel for Plaintiffs ("Disney") in this matter. I am admitted to practice before this Court. I have knowledge of the matters set forth below based on my direct involvement in this matter or the direct involvement of other lawyers and employees at my firm. If called as a witness, I could and would testify competently to the facts stated herein.

2. Attached as Exhibit **A** is a true and correct copy of screenshot printouts of the RedeemDigitalMovie.com terms of service (https://redeemdigitalmovie.com/), as of November 27, 2017. A user of the RedeemDigitalMovie.com website must have agreed to the terms and conditions in these terms of service before entering a Disney digital movie code ("Code") to obtain a digital download of the underlying Disney movie through this website.

3. Attached as Exhibit **B** is a true and correct copy of a screenshot printout of the Movies Anywhere terms of service (https://moviesanywhere.com/terms-of-use), as of November 27, 2017. A user of the Movies Anywhere website must have agreed to the terms and conditions in these terms of service before entering a Code to obtain a digital download of the underlying Disney movie through this website.

4. Attached as Exhibit **C** is a true and correct photograph of a Code and the Redbox case and envelope in which the Code was packaged as sold through a Redbox kiosk. This Code was purchased by an attorney at our firm.

5. Attached as Exhibit **D** is a true and correct copy of a screenshot printout of Redbox's "Introducing Digital Movie Codes" webpage (http://www.redbox.com/digital-movie-codes/), as of November 27, 2017. On this page, Redbox describes its sale of Codes as providing "entertainment on the cheap."

6. Attached as Exhibit **E** is a true and correct copy of a screenshot printout of Redbox's "Digital Codes At The Box" webpage (http://www.redbox.com/browse/collections/digital-codes-at-the-box), as of

-1-

November 27, 2017. This page shows the Codes—all of them relating to Disney movies—that Redbox offered for sale as of that date.

7. Attached as Exhibit **F** is a true and correct copy of a screenshot printout of Redbox's webpage (https://www.redbox.com/movies/moana) for the Code relating to Disney's *Moana*, as of December 7, 2017. As reflected on this page, Redbox offered this Code for purchase at prices as low as $5.99.

8. Attached as Exhibit **G** is a true and correct copy of a screenshot printout of the iTunes Store's webpage (https://itunes.apple.com/us/movie/moana-2016/id1175204079) for a digital download of *Moana*, as of December 7, 2017. As reflected on this page, iTunes offered this digital download for $19.99.

9. Working at my direction, a member of our staff prepared a chart summarizing the prices that Redbox lists for its sale of Disney's Codes and the prices that iTunes lists for digital downloads of the underlying titles to which those Codes relate. Attached as Exhibit **H** is a true and correct copy of this chart.

10. Attached as Exhibit **I** is a true and correct copy of a printout of the "Redbox Terms and Conditions" webpage (http://www.redbox.com/terms), as of November 27, 2017.

11. Attached as Exhibit **J** is a true and correct copy of a screenshot printout of Redbox's webpages describing Redbox's own "promo codes" (http://www.redbox.com/gifts and https://www.vcdelivery.com/Cert/T2/cert_MyCertificate.aspx?sample=true&GSID=En9cS0w5%2ftI7VVlNe1u6hQ%3d%3d), as of December 7, 2017. Redbox's "Promo Code Legal," which appears on the second page, states that Redbox's codes "Must not be copied/sold/offered."

12. The Redbox Help Center portion of Redbox's website provides a series of "questions" and "answers" on various topics, including the topic of "Digital Codes." Attached as Exhibit **K** is a true and correct copy of a screenshot printout of the Redbox Help Center webpage

(https://redbox.custhelp.com/app/answers/detail/a_id/1562), as of November 27, 2017, with the question "What are the participating digital providers?," and the Redbox answer: "You can use your digital movie code to download and view the digital copy of your movie on a number of services.  Look on the paper insert you received to find the recommended provider for that movie."

13.   Attached as Exhibit **L** is a true and correct copy of a screenshot printout of the Redbox Help Center webpage (https://redbox.custhelp.com/app/answers/detail/a_id/1559), as of November 27, 2017, with the question "What is a digital movie code?," and the Redbox answer: "A digital movie code is used to access the digital version of a movie allowing you to stream or download the movie."

14.   Attached as Exhibit **M** is a true and correct copy of a screenshot printout of the Redbox Help Center webpage (https://redbox.custhelp.com/app/answers/detail/a_id/1561), as of November 27, 2017, with the question "How do I redeem my digital movie code?," and the Redbox answer:  "1. Look for the redemption URL on the paper insert you received from Redbox. (You can also check to see if your preferred digital provider offers the movie in their "digital locker" and use the code there.)  2. Type the URL on an internet-connected browser.  3. Enter the digital movie code printed on the insert. 4. Follow the on-screen prompts, and enjoy the show!"

15.   Attached as Exhibit **N** is a true and correct copy of a screenshot printout of the Redbox Help Center webpage (https://redbox.custhelp.com/app/answers/detail/a_id/1572), as of November 27, 2017, with the question "How will I receive the digital movie code?," and the Redbox answer that the Code "will be delivered at the kiosk in a specially marked envelope inside one of our familiar disc cases.  The case is yours to keep."

16.   Attached as Exhibit **O** is a true and correct copy of a screenshot printout of the Redbox Help Center webpage

1 (https://redbox.custhelp.com/app/answers/detail/a_id/1571), as of November 27,
2 2017, with the question "How do I buy a digital movie code from Redbox?," and the
3 Redbox answer that it sells Codes "directly" through the "kiosk" and through "an
4 online purchase reservation."

5   17. Attached as Exhibit **P** is a true and correct copy of a screenshot printout
6 of a Redbox Help Center webpage
7 (https://redbox.custhelp.com/app/answers/detail/a_id/1564), as of November 27,
8 2017, with the question "How many times can I view the movie?," and the Redbox
9 answer: "Since you own the movie, you can view it as many times as you like."

10   18. Attached as Exhibit **Q** is a true and correct copy of a Redbox marketing
11 email sent on November 15, 2017, with the subject line, "Now you can buy digital
12 movie codes at Redbox," and a banner stating, "Introducing digital movie codes."

13   I declare under penalty of perjury under the laws of the United States that the
14 foregoing is true and correct.

15   Executed this 21st day of December, 2017, in San Francisco, California.

              _____*/s/ Kelly M. Klaus*_____
                Kelly M. Klaus