# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES, INC., BUENA VISTA HOME ENTERTAINMENT, INC., LUCASFILM LTD. LLC, and MVL FILM FINANCE LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>REDBOX AUTOMATED RETAIL, LLC,<br><br>Defendant. | Case No. 2:17-cv-08655 - DDP (AGRx)<br><br>**ORDER SETTING BRIEFING AND HEARING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Having considered the Stipulation of Plaintiffs Disney Enterprises, Inc., Buena Vista Home Entertainment, Inc., Lucasfilm Ltd. LLC, and MVL Film Finance LLC ("Plaintiffs") and Defendant Redbox Automated Retail, LLC regarding a briefing, discovery, and hearing schedule on Plaintiffs' Motion for Preliminary Injunction (Dkt. 13) ("Motion"), and GOOD CAUSE APPEARING THEREFORE, the parties' schedule is approved as follows:

**January 16:** Defendant files its opposition to Plaintiffs' motion.

**January 23:** Plaintiffs file their reply.

88640828.1

1 **February 5, 2018 at 10:00 a.m.** : Hearing on the Motion for Preliminary
2 Injunction.
3     Discovery will proceed as agreed to between the parties or as otherwise
4 ordered.
5     IT IS SO ORDERED.

7 Dated: January 4, 2018     _____
8     Hon. Dean D. Pregerson
    United States District Court Judge