# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES, INC., BUENA VISTA HOME ENTERTAINMENT, INC., LUCASFILM LTD. LLC, and MVL FILM FINANCE LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>REDBOX AUTOMATED RETAIL, LLC,<br><br>Defendant. | Case No. 2:17-cv-08655 - DDP (AGRx)<br><br>**ORDER TO AMEND NOTICE OF HEARING ON MOTION TO DISMISS (Dkt. 52)**<br><br>Judge: Hon. Dean D. Pregerson<br><br>Complaint Filed: November 30, 2017<br><br>Current Date of Hearing on Motion to Dismiss: Mar. 12, 2018<br><br>Cont'd Date of Hearing on Motion to Dismiss: Apr. 9, 2018 |

Having considered the Stipulation of Plaintiffs Disney Enterprises, Inc., Buena Vista Home Entertainment, Inc., Lucasfilm Ltd. LLC, and MVL Film Finance LLC and Defendant Redbox Automated Retail, LLC regarding amending the notice of hearing on Defendant's Motion to Dismiss (Dkt. 52) from March 12, 2018 to April 9, 2018, and GOOD CAUSE APPEARING THEREFORE, the proposed schedule is approved as follows:

88776279.1

1  The hearing on Defendant's Motion to Dismiss is hereby continued for a
2  period of 28 days or such other longer period as is convenient to the Court's
3  calendar and that, absent a further stipulation of the parties or a motion, the hearing
4  of the Motion to Dismiss should be continued from March 12, 2018 **to April 9,**
5  **2018 at 10:00 a.m.**

7  IT IS SO ORDERED.

10  Dated: March 5, 2019

_____
Hon. Dean D. Pregerson
United States District Court Judge