GLENN D. POMERANTZ (State Bar No. 112503)
glenn.pomerantz@mto.com
ROSE LEDA EHLER (State Bar No. 296523)
rose.ehler@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
carolyn.luedtke@mto.com
STEPHANIE GOLDFARB HERRERA (State Bar No. 313887)
stephanie.herrera@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES, INC., LUCASFILM LTD. LLC, and MVL FILM FINANCE LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>REDBOX AUTOMATED RETAIL, LLC,<br><br>Defendant. | Case No. 2:17-cv-08655-DDP (AGRx)<br><br>**FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiffs Disney Enterprises, Inc., Lucasfilm Ltd. LLC, and MVL Film Finance LLC (collectively, "Plaintiffs") bring this Amended Complaint against Defendant Redbox Automated Retail, LLC ("Redbox") for infringing Plaintiffs' exclusive rights under the Copyright Act (17 U.S.C. § 101 *et seq.*). This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a), and 17 U.S.C. § 501(b). Plaintiffs allege on personal knowledge as to themselves, and information and belief as to others, as follows:

## INTRODUCTION

1. This lawsuit is about stopping Redbox's illegal sale of digital movie codes ("Codes") that provide access to digital versions of motion pictures in which Plaintiffs hold the copyrights (the "Copyrighted Works"). Through its Code sales, Redbox is building a business based on the infringement of the Copyrighted Works.

2. In order to redeem a Code to make a downloaded copy of the Copyrighted Works, an individual consumer must agree to licensing terms and conditions set forth on online redemption sites. Among other terms and conditions, the license agreements condition redemption of a Code on its having been obtained in an original disc + code combination package ("Combo Pack") and its not having been purchased separately. Redbox knows that customers who purchase Codes from it will exceed the scope of the license and will make unauthorized copies of the Copyrighted Works. Nevertheless, Redbox actively encourages its customers to make those infringing copies. That is contributory copyright infringement, and Plaintiffs respectfully request that the Court enjoin such illegal conduct.

## THE PARTIES

3. Plaintiff Disney Enterprises, Inc. ("Disney") is a corporation duly incorporated under the laws of the State of Delaware with its principal place of business in Burbank, California.

4. Plaintiff Lucasfilm Ltd. LLC ("Lucasfilm") is a limited liability company formed under the laws of the State of California with its principal place of business in San Francisco, California.

5. Plaintiff MVL Film Finance LLC ("Marvel") is a limited liability company formed under the laws of the State of Delaware with its principal place of business in Burbank, California.

6. The Copyright Office has issued Certificates of Copyright Registration for the Copyrighted Works. Exhibit A includes a representative list of Copyrighted Works, along with their corresponding Certificate of Copyright Registration numbers, that are the subject of Plaintiffs' claims.

7. Defendant Redbox is a limited liability company formed under the laws of the State of Delaware with its principal place of business in Oakbrook Terrace, Illinois. Redbox has established and maintains multiple warehouses in the State of California to service several Redbox-identified markets within the State; retains California-based field staff that purchase Combo Packs and remove and repackage the Codes in California for in-state distribution; and operates numerous kiosks throughout this District and the State through which it sells Codes.

## JURISDICTION AND VENUE

8. This Court has subject matter jurisdiction over Plaintiffs' copyright infringement claim pursuant to 28 U.S.C. §§ 1331, 1338(a), and 17 U.S.C. § 501(b).

9. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b)(2) and 1400(a).

## BACKGROUND FACTS

**Plaintiffs And The Copyrighted Works**

10. Plaintiffs or their affiliates own, produce, and distribute some of the most popular and critically acclaimed motion pictures in the world.

a. Well-known feature-length motion pictures in which Disney holds the copyrights include: *Coco* (2017), *Pirates of the Caribbean: Dead Men Tell No Tales* (2017), *Beauty and the Beast* (2017), *Finding Dory* (2016), *The Jungle Book* (2016), *Moana* (2016), and *Inside Out* (2015).

b. Well-known feature-length motion pictures in which Lucasfilm holds the copyrights include: *Star Wars: The Last Jedi* (2017), *Rogue One: A Star Wars Story* (2016), and *Star Wars: Episode VII – The Force Awakens* (2015).

c. Well-known feature-length motion pictures in which Marvel holds the copyrights include: *Black Panther* (2018), *Doctor Strange* (2017), *Guardians of the Galaxy Vol. 2* (2017), *Thor: Ragnarok* (2017), and *Iron Man 3* (2013).

11. Plaintiffs or their affiliates own or have the exclusive U.S. rights (among others) to reproduce and distribute the Copyrighted Works.

12. Plaintiffs or their affiliates disseminate the Copyrighted Works in various formats and through multiple channels, including: for exhibition in theaters; through cable and direct-to-home satellite services (including basic, premium, "pay-per-view," and video-on-demand services); through licensed digital services; and through physical copies on DVD, Blu-ray, and 4K/UHD discs.

13. Consumers can access Plaintiffs' digital content through, among other licensed providers, the RedeemDigitalMovie.com website and the Movies Anywhere service. These sites provide online portals through which consumers are permitted to redeem Codes for access to digital copies of the underlying motion pictures, provided that they first agree to the terms and conditions of the applicable licenses for those services and their selected providers.

**Plaintiffs' Combo Packs And Digital Movie Codes**

14. Plaintiffs' Combo Packs are single retail units that bundle together multiple options for viewing the same movie to create flexibility and convenience for the consumer. The contents of Combo Packs vary with consumer preferences,

but Combo Packs generally contain copies of a movie on DVD, Blu-ray, and/or 4K/UHD discs, as well as a Code, the latter of which is an offer for licensed digital access to the movie through authorized online services, subject to the redemption and license terms and conditions applicable to those services.

15. Combo Packs are sold at a discounted wholesale price. Retailers typically pass on this discount to consumers. As a result, consumers can generally purchase Combo Packs for a lower price than they would pay to purchase the individual discs separately, or than they would pay to purchase individual discs and licensed online access separately.

16. The discounted price is intended to provide a better value for consumers looking for convenience and flexibility. Combo Packs enable consumers to enjoy content in different formats and multiple locations: Blu-ray, for example, offers high-definition resolution and is popular for home viewing; DVDs can be watched on portable or in-vehicle DVD players during travel; and the Code offer can be redeemed for licensed digital access to a movie that can be viewed on mobile devices or downloaded for offline playback.

17. Plaintiffs offer Codes as part of the Combo Packs as a way of introducing consumers who typically utilize physical playback media with access to the online entertainment ecosystem. The discounted aggregate price is also an incentive to upgrade from a single-disc package or digital download to a Combo Pack.

18. Codes are alphanumeric character strings printed on paper inserts contained in the Combo Packs. An individual who obtains a Code as part of a Combo Pack, or a family member of that individual, may redeem the Code offer for licensed access to a digital download or stream of the movie without having to pay the separate price that eligible online providers would typically charge for access to the same digital content.

-4-
FIRST AMENDED COMPLAINT
CASE NO. 2:17-CV-08655-DDP (AGRX)

19. The insert containing the Code provides instructions on redeeming the Code through RedeemDigitalMovie.com or Movies Anywhere.



**Figure 1: Digital Movie Code Insert**

**Consumers Must Agree To An Online License Agreement Before Redeeming A Code**

20. An individual who wishes to redeem a Code for access to a digital download or stream of the movie must agree to a license agreement through the online terms of use for the selected redemption website.

21. The terms of use for RedeemDigitalMovie.com and Movies Anywhere condition the redemption of a Code on the redeeming individual having obtained the Code as a part of the Combo Pack in which it was sold rather than having purchased the Code separately. An individual who cannot satisfy this condition has no license to make a downloaded copy of the movie.

22. An individual wishing to redeem a Code through RedeemDigitalMovie.com must affirmatively agree to the following license terms before making the downloaded copy of the movie:

DIGITAL CODES ARE AUTHORIZED FOR REDEMPTION ONLY BY AN INDIVIDUAL WHO OBTAINS THE CODE IN AN ORIGINAL COMBINATION DISC + CODE PACKAGE (A PACKAGE THAT INCLUDES A DVD, BLU-RAY, AND/OR 4K/UHD DISC(S) AND A DIGITAL CODE), OR BY A FAMILY MEMBER OF THAT INDIVIDUAL. DIGITAL CODES ARE NOT AUTHORIZED FOR

REDEMPTION IF SOLD SEPARATELY. BY REDEEMING ONE OF THESE CODES, YOU ARE REPRESENTING THAT YOU, OR A MEMBER OF YOUR FAMILY, OBTAINED THE CODE IN AN ORIGINAL DISC + CODE PACKAGE AND THE CODE WAS NOT PURCHASED SEPARATELY. YOUR REPRESENTATION IS A CONDITION OF REDEMPTION OF THE CODE AND OF YOUR OBTAINING A LICENSE TO ACCESS A DIGITAL COPY OF THE MOVIE. TO READ ALL APPLICABLE TERMS AND CONDITIONS, CLICK HERE. IF YOU AGREE, CLICK THE REDEEM BUTTON.[1]

Figure 2: RedeemDigitalMovie.com

23. The additional "applicable terms and conditions" for RedeemDigitalMovie.com state:

> All digital movie codes are owned by Buena Vista Home Entertainment, Inc. Digital codes originally packaged in combination disc + code packages may not be sold separately and may be redeemed only by an individual who obtains the code in the original combination disc + code package, or by a family member of that individual. Digital codes are not authorized for redemption if sold separately. You may use digital movie codes to obtain licensed access to digital movies only as specifically authorized under these terms and conditions, the "Help" section of this website, the Disney Terms of Use, and the terms and conditions of Movies Anywhere or any participating provider of digital content through which you access or download the digital movie. The terms and conditions of Movies Anywhere and other participating providers are incorporated herein by reference and available through

---

[1] Notwithstanding their respectful disagreement with the discussion in the Court's Order regarding the online license terms for redeeming digital codes on the RedeemDigitalMovie.com and Movies Anywhere websites (Dkt. 74 at 15-18), Plaintiffs have revised the licenses to address that discussion.

-6-

https://redeemdigitalmovie.com/help. Buena Vista Home Entertainment, Inc. reserves the right to invalidate any digital movie codes it suspects have been sold, distributed, purchased or transferred in a manner inconsistent with these terms and conditions.

**REDEEM DIGITAL MOVIE TERMS & CONDITIONS**

All digital movie codes are owned by Buena Vista Home Entertainment, Inc. - Digital codes originally packaged in a combination disc + code packages may not be sold separately and may be redeemed only by an individual who obtains the code in the original combination disc + code package, or by a family member of that individual. Digital codes are not authorized for redemption if sold separately. You may use digital movie codes to obtain licensed access to digital movies only as specifically authorized under these terms and conditions, the "Help" section of this website, the Disney Terms of Use, and the terms and conditions of Movies Anywhere or any participating provider of digital content through which you access or download the digital movie. The terms and conditions of Movies Anywhere and other participating providers are incorporated herein by reference and available under the Participating Providers tab at https://redeemdigitalmovie.com/help. Buena Vista Home Entertainment, Inc. reserves the right to invalidate any digital movie codes it suspects have been sold, distributed, purchased or transferred in a manner inconsistent with these terms and conditions.

CLOSE

**Figure 3: RedeemDigitalMovie.com**

24. An individual wishing to redeem a Code through Movies Anywhere must affirmatively agree to the following license terms before making the downloaded copy of the movie:

**For combination packs**: Digital codes originally packaged in a combination disc + code package (for example, a combination package that includes a DVD, Blu-ray, and/or 4K/UHD disc(s) and a digital code) are not authorized for redemption if sold separately. By redeeming one of these codes, you are representing that you, or a member of your family, obtained the code in an original disc + code package and the code was not purchased separately. Your representation is a condition of redemption of the code and of your obtaining a license to access a digital copy of the movie.

-7-

> To read all terms and conditions applicable to using your Movies Anywhere account, click here. If you agree, click the REDEEM button above.

**Figure 4: Movies Anywhere**

25. The additional applicable terms and conditions of the Movies Anywhere service provide:

> <u>Restrictions on Your Use of the Movies Anywhere Service.</u> You may not and agree not to: . . . viii. redeem an unauthorized, expired, invalid, or used digital code. **For combination packs**: By redeeming a digital code from a combination disc + code package (for example, a disc + code package that includes a DVD, Blu-ray, and/or 4K/UHD disc(s) and a digital code), you are representing that you, or a member of your family, obtained the code in an original combination disc + code package and the code was not purchased separately. Your representation is a condition of redemption and of your obtaining a license to access a digital copy of the movie.

Digital Code Redemption. You can enter authorized, unexpired, valid, and unused digital codes in the "Redeem" section of the Movies Anywhere Service. Upon validating the digital code, an Entitlement for the Movies Anywhere-eligible movie will be included in your My Movies Collection. **For combination packs:** Digital codes originally packaged in combination disc + code packages may not be sold separately and may be redeemed only by an individual who obtains the code in the original combination disc + code package, or by a family member of that individual. The digital codes are owned by Participating Studios, their affiliates, or other licensors. You may only use digital codes as specifically authorized under these Movies Anywhere Terms of Use and the terms and conditions of the applicable issuer of each digital code that you use. The unauthorized sale, distribution, purchase or transfer of digital codes in a manner inconsistent with those terms and conditions is prohibited.

26. Individuals cannot access or use Movies Anywhere without creating an account, which requires them to click a box acknowledging that they have read and agreed to the terms of use.

**Redbox Sells The Codes Without Authorization And Knowingly Induces Its Customers To Violate The Applicable License Agreements**

27. For many years, Redbox has purchased physical discs containing copies of Plaintiffs' movies and then rented and sold those discs through its kiosks.

28. Redbox has obtained millions of physical discs containing copies of Plaintiffs' movies through the purchase of Combo Packs. Redbox buys Combo Packs because the bundled offering enables Redbox to obtain multiple discs at a lower price than it would have to pay to purchase the discs separately.

29. Redbox systematically disassembles the Combo Packs, opening each package and separating the Codes from the physical discs. Redbox then separately rents or sells the discs through its kiosks. Plaintiffs do not challenge Redbox's practice of renting or selling the physical discs contained in Combo Packs.

30. Starting in late 2017, Redbox began removing Codes from their original Combo Pack packaging, placing Codes into Redbox-branded "jewel" cases, and offering the Codes for sale to the public. Redbox only sells Codes offering access to motion pictures in which Plaintiffs hold the copyrights.



**Figure 5: Redbox Repackaging of Digital Movie Codes**

31. Redbox sells Codes through its retail kiosks as well as online (to be picked up at a nearby Redbox kiosk). Redbox markets its offering of Codes as "cheap," a "Smart buy," and a low-price alternative to authorized digital services. Redbox does so to attract customers who would otherwise purchase a Combo Pack or access a licensed digital offering through an authorized distributor.



**Figure 6: Redbox Website**
http://redbox.com/

32. Redbox knows that terms and conditions apply to the redemption and use of Codes. Specifically, Redbox knows that the terms of use for RedeemDigitalMovie.com and Movies Anywhere require an individual to represent that he or she (or a member of his or her family) obtained the Code as part of a Combo Pack and did not buy the Code separately. Redbox knows that compliance with these terms is a condition for an individual to obtain a license and make a download copy of a movie using a Code. Because Redbox sells Codes separately from the Combo Packs, Redbox knows that its Code customers make download copies of the underlying movies in a manner that exceeds the scope of the applicable license and therefore without any authorization.

33. Redbox nevertheless induces and encourages its customers to exceed the scope of the license terms and conditions and to make unauthorized download

-11-

copies of the Copyrighted Works by selling the Codes separately and promoting their use to make unauthorized copies of Plaintiffs' movies. Among other actions, Redbox, in the "FAQ" section of its website, tells its customers to "[l]ook . . . on the paper insert [they] received" for the "redemption URL," go to the URL printed on the Code insert, "[e]nter the digital movie code," "[f]ollow the on-screen prompts, and enjoy the show!" Redbox knows that the information it provides to its customers is incomplete and does not reveal to its customers the license conditions that its Code customers will be unable to satisfy.

**Figure 7: Redbox Website**
http://redbox.com/

34. Redbox will continue to knowingly and materially contribute to the infringement of the Copyrighted Works unless and until ordered to stop doing so.

**Redbox's Conduct Causes Immediate And Irreparable Harm**

35. If not enjoined, Redbox's ongoing unlawful conduct will continue harming Plaintiffs' relationships with its authorized distributors and retailers. Redbox sells the Codes knowing that its customers will exceed the scope of the applicable license by redeeming those Codes through RedeemDigitalMovie.com or Movies Anywhere and significantly undercuts the prices offered by licensed

-12-

services for accessing the Copyrighted Works online. Redbox's conduct interferes with, among other things, Plaintiffs' goodwill and ability to negotiate with those licensees. Several licensees have already complained to Plaintiffs about Redbox's Code sales.

36. Redbox's illegal conduct will also continue to undermine Plaintiffs' relationships with its customers and customers' perceptions of the legitimate download market. Redbox markets its sale of the Codes to its customers as a legitimate and lawful alternative to purchasing digital access through authorized online services. Redbox knows that its customers cannot redeem the Codes Redbox sells them without exceeding the scope of applicable license terms and conditions and infringing Plaintiffs' copyrights. Redbox's illegal conduct threatens to confuse and frustrate customers regarding the authorized use of Codes.

37. Redbox's conduct also interferes with Plaintiffs' digital distribution strategy and deprives Plaintiffs of their exclusive right to control distribution of the Copyrighted Works. To date, Plaintiffs have elected not to sell Codes as a freestanding commercial product to access digital movies. Through its conduct, Redbox undermines Plaintiffs' exclusive right to control the dissemination of their copyrighted works.

38. The harms that Redbox causes are imminent and ongoing.

## FIRST CAUSE OF ACTION
**(Contributory Copyright Infringement, 17 U.S.C. § 106)**

39. Plaintiffs incorporate herein by reference each and every averment contained in paragraphs 1 through 38 inclusive.

40. When Redbox's customers download Copyrighted Works using a Code purchased from Redbox, they do so without authorization and in violation of Plaintiffs' exclusive rights under copyright, including the right of reproduction. In particular, Redbox's customers exceed the scope of the licenses that govern the redemption of Codes through RedeemDigitalMovie.com or Movies Anywhere by

redeeming a Code that was purchased separately and not as part of the Combo Pack in which the Code was originally sold. The individual's representation that they obtained the Code as part of the original Combo Pack and that the Code was not purchased separately from its original Combo Pack is a condition to obtaining a license to make a download copy of the movie through the online redemption portals.

41. Redbox is contributorily liable for copyright infringement because it (a) has knowledge that its customers will be reproducing the Copyrighted Works without authorization when they use Codes that were purchased separately and not obtained as part of the Combo Packs in which the Codes were originally packaged to download copies of those works, and (b) materially contributes to the violation of Plaintiffs' rights by selling Codes and instructing its customers to redeem the Codes in a manner that exceeds the scope of the applicable licenses.

42. Redbox's acts of infringement are willful, in disregard of, and done with indifference to Plaintiffs' rights.

43. As a direct and proximate result of the infringements for which Redbox is responsible, Plaintiffs are entitled to damages and Redbox's profits in amounts to be proven at trial.

44. Alternatively, at their election, Plaintiffs are entitled to statutory damages, up to the maximum amount of $150,000 per statutory award, by virtue of Redbox's willful infringement, or for such other amounts as may be proper under 17 U.S.C. § 504.

45. Plaintiffs are further entitled to recover their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

46. As a direct and proximate result of the foregoing acts and conduct, Plaintiffs are threatened with continuing substantial, immediate, and irreparable injury for which there is no adequate remedy at law. Unless enjoined and restrained by this Court, Redbox will continue to infringe Plaintiffs' rights in their

Copyrighted Works. Plaintiffs are entitled to injunctive relief under 17 U.S.C. § 502.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against Redbox for the following relief:

1. For preliminary and permanent injunctions barring Redbox and all persons acting in concert or participation with it, from selling Codes; and from infringing in any manner, directly or indirectly, any copyrighted work owned or controlled by Plaintiffs or their affiliates (including without limitation any Copyrighted Work).

2. For Plaintiffs' damages and Redbox's profits in such amount as may be found; alternatively, at Plaintiffs' election, for maximum statutory damages; or for such other amounts as may be proper pursuant to 17 U.S.C. § 504(c).

3. For Plaintiffs' attorneys' fees and full costs incurred in this action pursuant to 17 U.S.C. § 505 and Cal. Civ. Proc. Code § 1021.5.

4. For all such further and additional relief, in law or in equity, to which Plaintiffs may be entitled or which the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury on all issues triable by jury.

DATED: April 9, 2018     MUNGER, TOLLES & OLSON LLP

By: _/s/ Kelly M. Klaus_
KELLY M. KLAUS

*Attorneys for Plaintiffs*

-15-