UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES, INC., LUCASFILM LTD. LLC, and MVL FILM FINANCE LLC,<br><br>  Plaintiffs,<br><br>  vs.<br><br>REDBOX AUTOMATED RETAIL, LLC,<br><br>  Defendant. | Case No. 2:17-cv-08655-DDP (AGRx)<br><br>**ORDER REGARDING PLAINTIFFS' APPLICATION TO FILE UNDER SEAL UNREDACTED VERSIONS OF EXHIBITS BB, DD, AND EE TO THE DECLARATION OF KELLY M. KLAUS**<br><br>Judge: Hon. Dean D. Pregerson<br><br>Date: June 4, 2018<br>Time: 10:00 a.m.<br>Ctrm: 9C<br><br>Trial Date:   None Set |

1    Plaintiffs have submitted an Application seeking permission to file under seal
2 unredacted versions of Exhibits BB, DD, and EE to the Declaration of Kelly M.
3 Klaus ("Klaus Declaration").
4    Based on Plaintiffs' Application, and good cause appearing therefrom,
5 Plaintiffs' Application is GRANTED and IT IS HEREBY ORDERED that the
6 following documents and portions thereof shall be filed under seal:

| Document | Portion to be filed under seal |
|---|---|
| Klaus Declaration Exhibit BB (Marinelli Dep.) | Page 24: line 22<br>Page 25: line 3 to page 27: line 25<br>Page 34: line 6 to page 36: line 6<br>Page 163: lines 16-17 |
| Klaus Declaration Exhibit DD (customer communications) | Entire exhibit |
| Klaus Declaration Exhibit EE (licensee communications) | Entire exhibit |

IT IS SO ORDERED. Dated:

March 27, 2019

_____

Hon. Dean D. Pregerson.