| | |
|---|---|
| KELLY M. KLAUS (SBN 161091)<br>kelly.klaus@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105-2907<br>Telephone:  (415) 512-4000<br>Facsimile:   (415) 512-4077<br><br>Attorneys for Plaintiffs | MICHAEL A. GEIBELSON (SBN 179970)<br>MGeibelson@RobinsKaplan.com<br>ROBINS KAPLAN LLP<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067<br>Telephone:  (310) 552–0130<br>Facsimile:   (310) 229–5800<br><br>Attorneys for Defendant |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES, INC., LUCASFILM LTD. LLC, and MVL FILM FINANCE LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>REDBOX AUTOMATED RETAIL, LLC,<br><br>Defendant. | Case No. 2:17-cv-08655-DDP (AGRx)<br><br>**[PROPOSED] STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION**<br><br>Judge:  Hon. Dean D. Pregerson |

WHEREAS, on April 9, 2018, Plaintiffs Disney Enterprises, Inc., Lucasfilm Ltd. LLC, and MVL Film Finance LLC (collectively, "Plaintiffs"),  filed a First Amended Complaint in the above-captioned action against Defendant Redbox Automated Retail, LLC ("Redbox") (Plaintiffs and Redbox are referred to collectively as the "Parties");

WHEREAS, on August 29, 2018, the Court entered an Order Granting Plaintiffs' Motion for a Preliminary Injunction, Dkt. 120 ("Preliminary Injunction Order");

1  WHEREAS, on August 1, 2019, the Court entered an Order Denying
2  Redbox's Motion to Dismiss Plaintiffs' First Amended Complaint, Dkt. 145;
3  WHEREAS, the Parties have reached an agreement to resolve this action, the
4  full terms and conditions of which are set forth in the Parties' "Settlement
5  Agreement," dated as of November 12, 2019;
6  WHEREAS, the Settlement Agreement is conditioned upon entry by the
7  Court of a Stipulated Consent Judgment and Permanent Injunction and the
8  continuing jurisdiction of the Court on the terms and conditions set forth herein;
9  THEREFORE, the Parties stipulate and agree that this Court has jurisdiction
10 to enter a Stipulated Consent Judgment and Permanent Injunction on the terms and
11 conditions below, and that the Court shall have continuing jurisdiction for purposes
12 of construing, modifying, and enforcing (a) the Stipulated Consent Judgment and
13 Permanent Injunction and (b) the Settlement Agreement.  The Parties respectfully
14 request that the Court enter the attached [Proposed] Consent Judgment and
15 Permanent Injunction Pursuant to Stipulation ("Stipulated Consent Judgment and
16 Permanent Injunction").

IT IS SO STIPULATED.

Respectfully submitted:

DATED:  November 14, 2019        MUNGER, TOLLES & OLSON LLP

By:      /s/  Kelly M. Klaus
         KELLY M. KLAUS
         Attorneys for Plaintiffs

DATED:  November 14, 2019        ROBINS / KAPLAN LLP

By:      /s/ Michael A. Geibelson
         MICHAEL A. GEIBELSON
         Attorneys for Redbox

Pursuant to the Parties' Settlement Agreement, the foregoing stipulation of the Parties, and for good cause shown, the Court hereby enters the following Stipulated Consent Judgment and Permanent Injunction:

**STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION**

1.  For purposes of this Stipulated Consent Judgment and Permanent Injunction, the following definitions shall apply:

    a.  "Plaintiffs" shall mean Disney Enterprises, Inc., Lucasfilm Ltd. LLC, and MVL Film Finance LLC.

    b.  "Redbox" shall mean Redbox Automated Retail, LLC.

    c.  "Code" shall mean a digital movie code distributed as part of a "Combo Pack" that can be redeemed for an authorized digital download, authorized stream, or other form of authorized access to a "Copyrighted Work."

    d.  "Combo Pack" shall mean a unit that contains (i) one or more copies of a motion picture or other audiovisual work on a DVD, Blu-ray disc, 4K/UHD disc, or other physical storage media, and (ii) one or more Codes.

    e.  "Copyrighted Work" shall mean a copyrighted motion picture or other audiovisual work or portion thereof, whether now in existence or later created, in which Plaintiffs, or any of them, (or any parent, subsidiary or affiliate of any Plaintiff) owns or controls an exclusive right under the United States Copyright Act, 17 U.S.C. §§ 101 et seq.

2.  Redbox, and all of its officers, directors, agents, servants, and employees, and all persons in active concert or participation or in privity with any of them, ARE HEREBY PERMANENTLY RESTRAINED AND ENJOINED from selling, offering, distributing, marketing, or promoting (including entering into any contract providing for the sale, offer, distribution, marketing, or promotion) of Codes.

3. The Permanent Injunction supersedes the Preliminary Injunction Order (Dkt. 120) and is effective immediately. The Clerk of this Court shall return the Preliminary Injunction Bond (Dkt. 121) to Plaintiffs forthwith.

4. Violation of this Stipulated Consent Judgment and Permanent Injunction shall be subject to all applicable penalties, including contempt of Court.

5. All claims and defenses in this action are hereby resolved by this Stipulated Consent Judgment and Permanent Injunction.

6. This Court shall retain continuing jurisdiction over the Parties and the action for purposes of construing, modifying, and enforcing (a) this Stipulated Consent Judgment and Permanent Injunction and (b) the Parties' Settlement Agreement.

7. The Parties will bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated:

_____
THE HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

Submitted jointly by:

MUNGER, TOLLES & OLSON LLP

By: *Kelly M. Klaus*
     KELLY M. KLAUS

Attorneys for Plaintiffs

ROBINS KAPLAN LLP

By: *Michael A. Geibelson*
     MICHAEL A. GEIBELSON

Attorneys for Redbox

**FILER'S ATTESTATION**

I, Kelly M. Klaus, am the ECF user whose identification and password are being used to file this [PROPOSED] STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other above-named signatory concurs in this filing.

DATED: November 14, 2019          MUNGER, TOLLES & OLSON LLP


                                  By:      */s/ Kelly M. Klaus*
                                         KELLY M. KLAUS

                                  Attorneys for Plaintiffs